IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDERS COLLECTION INC., <br><br> Plaintiff, <br><br> v. <br><br> DBEST PRODUCTS, INC., <br><br> Defendant. | CIVIL ACTION NO. 24-cv-10045 (AS) <br><br> **NOTICE OF MOTION TO DISMISS STATE LAW TORT CLAIMS** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant dbest products, Inc. ("dbest"), by and through its undersigned counsel, hereby moves the Court to dismiss Plaintiff Sanders Collection Inc.'s ("Sanders") state law tort claims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: April 4, 2025

Respectfully submitted,

MERTZEL LAW PLLC

By:   /s/Nancy J. Mertzel
1204 Broadway, 4th Floor
New York, NY 10001
Tel: 646-965-6900

ORBIT IP, LLP
Ehab M. Samuel (pro hac vice to be filed)
David A. Randall
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
310-887-1333

*Attorneys for Defendant*